AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pregerson, Harry | United States Court of Appeals for Ninth Circuit | 07/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Court Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

21800 Oxnard Street
Suite 1140
Woodland Hills, Ca 91367

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Marine Corps Reserve Officers Association |
| 2. | Member | Advisory Board, Childhelp USA |
| 3. | Member | Advisory Board, Southern California Divisional Headquarters, The Salvation Army |
| 4. | Member | Board of Directors, Devil Pups, Inc |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | State of California Judge's Retirement System | $17,913.00 |
| 2. | 2014 | Raymond James & Assoc - IRA | $1,314.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | CA Public Employees Retirement System |
| 2. | 2014 | CA State Teachers Retirement System |
| 3. | 2014 | First Clearing, LLC IRA |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▨ Oxnard Shores, CA (1964) | | None | O | W | | | | | |
| 2. ▨ Oxnard Shores, CA (1964) | | None | O | W | | | | | |
| 3. ▨ Woodland Hills, CA | | None | O | W | | | | | |
| 4. Ltd Partnership Interest-Penn Cal Investors, Pittsburgh,PA | H1 | Rent | P1 | U | | | | | |
| 5. Chase cash accounts | A | Interest | L | T | | | | | |
| 6. Wells Fargo Joint (H) | | | | | | | | | |
| 7. Wells Fargo Money Market | A | Interest | M | T | | | | | |
| 8. Bank of Baroda | A | Interest | M | T | Open | 01/14/14 | M | | |
| 9. Synchrony Bank | B | Interest | M | T | Open | 06/13/14 | M | | |
| 10. Discover Bank | B | Interest | M | T | Open | 06/13/14 | M | | |
| 11. Discover Bank Greenwood DE CD | A | Interest | | | Sold | 05/16/14 | M | A | |
| 12. Northern Trust (H) | | | | | | | | | |
| 13. MFB Northern Fds Stk Index | D | Dividend | N | T | Buy | 05/30/14 | M | | |
| 14. | | | | | Buy (add'l) | 08/13/14 | L | | |
| 15. | | | | | Buy (add'l) | 10/31/14 | M | | |
| 16. - MFO American Centy CA Tax-Free Bd Fd Inv | D | Dividend | N | T | | | | | |
| 17. - MFB NTHN CA Mun Money Mkt | A | Interest | P1 | T | Buy (add'l) | 03/19/14 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Raymond James (H) | | | | | | | | | |
| 19. - JP Morgan Chase & Co. Notes | B | Interest | K | T | | | | | |
| 20. - Microsoft Coporation Stock | B | Dividend | K | T | | | | | |
| 21. - Seadrill Limited Corporate Stock | D | Dividend | K | T | Buy (add'l) | 02/14/14 | K | | |
| 22. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 23. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 24. | | | | | Sold (part) | 12/29/14 | K | A | |
| 25. Regions Bank | A | Interest | J | T | Open | 12/31/14 | J | | |
| 26. Synchrony Bank | A | Int./Div. | J | T | Open | 12/31/14 | J | | |
| 27. Goldman Sachs Bank USA | A | Interest | M | T | | | | | |
| 28. Raymond James Money Market | A | Interest | M | T | | | | | |
| 29. Raymond James IRA #2: Raymond James Bank | A | Interest | J | T | Distributed (part) | 12/31/14 | J | | |
| 30. Raymone James IRA #2: Seadrill Ltd Stock | A | Dividend | J | T | | | | | |
| 31. - US Bank cash account | | | | | Closed | 01/01/14 | J | | |
| 32. - Janus Fund | | | | | Closed | 01/01/14 | J | | |
| 33. Capital One (was Ing Direct - Orange Savings) | A | Interest | M | T | | | | | |
| 34. City National Bank (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. CD/Money Market | A | Interest | N | T | | | | | |
| 36. - Checking Accts | A | Interest | O | T | | | | | |
| 37. Janus Money Market Fund D | A | Int./Div. | N | T | | | | | |
| 38. Wells Fargo Bank cash account | A | Interest | N | T | | | | | |
| 39. Chase (H) | | | | | | | | | |
| 40. JP Morgan Trust II Liquid Assets | A | Dividend | J | T | | | | | |
| 41. SPDR S&P 500 ETF TR | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 42. | | | | | Sold (part) | 07/25/14 | J | A | |
| 43. Blackrock Funds II US | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 44. Blackrock International | A | Dividend | J | T | Buy | 11/20/14 | J | | |
| 45. Cohen & Steers Realty | A | Dividend | | | Sold | 11/20/14 | J | A | |
| 46. Delaware Group Emerging Market Funds | A | Dividend | | | Sold | 09/24/14 | J | A | |
| 47. Dodge & Cox Funds | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 48. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 49. Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 50. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 51. Federated Institutional High Yield Bond Fund | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Emerging Market Debt Fund | A | Dividend | J | T | | | | | |
| 53. John Hancock Income Fund | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 54. Oakmark Fund | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 55. Ishares Trust Russell 2000 Index | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 56. Ishares MSCI EAFE (X) | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 57. JP Morgan Trust I US Equity Fund Select Cl | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 58. JP Morgan Trust II Core Bond Fund Select Cl | A | Dividend | J | T | | | | | |
| 59. JP Morgan Trust I MidCap Equity Fund Select Cl | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 60. JP Morgan Trust II High Yield Select Cl | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 61. JP Morgan Short Duration Bond Fund Select Cl | A | Dividend | K | T | Buy (add'l) | 7/24/14 | J | | |
| 62. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 63. JP Morgan Trust I Int'l Value Fund Select Cl | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 64. JP Morgan Trust I Emerging Mkts Equity Fund Select | A | Dividend | | | Sold | 09/24/14 | J | A | |
| 65. MFS Ser Tr X Emerging Market Debt Fund Class I | A | Dividend | J | T | | | | | |
| 66. MGS Research International Fund | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 67. Massachusetts Investors Trust | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 68. PIMCO Short Term Fund Institutional | A | Dividend | K | T | Buy (add'l) | 07/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PIMCO Total Return Fund Institutional | A | Dividend | | | Sold | 10/03/14 | J | A | |
| 70. T Rowe Price New Income Fund Inc | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 71. Thornburg Intl Value Fund Class I | A | Dividend | | | Sold (part) | 02/13/14 | J | A | |
| 72. | | | | | Sold | 03/07/14 | J | A | |
| 73. Transamerica High Yield Bond Fund X) | A | Dividend | J | T | | | | | |
| 74. Vanguard Bond Index Fund | A | Dividend | J | T | Buy (add'l) | 11/20/14 | J | | |
| 75. Wells Fargo IRA (H) | | | | | | | | | |
| 76. Energy Select Sector SPDR | A | Dividend | K | T | Sold (part) | 05/06/14 | J | A | |
| 77. Financial Select Sector SPDR | A | Dividend | K | T | Sold (part) | 11/24/14 | J | A | |
| 78. Industrial Select Sector SPDR | A | Dividend | K | T | | | | | |
| 79. Ishares Core S&P Midcap | B | Dividend | M | T | Buy (add'l) | 09/04/14 | J | | |
| 80. | | | | | Sold (part) | 11/24/14 | J | B | |
| 81. Ishares Core S&P Smallcap | B | Dividend | M | T | Buy (add'l) | 05/06/14 | J | | |
| 82. | | | | | Sold (part) | 06/04/14 | J | A | |
| 83. | | | | | Sold (part) | 11/24/14 | J | B | |
| 84. Ishares MSCI Malaysia Index Fund | A | Dividend | J | T | | | | | |
| 85. Ishares MSCI Germany | A | Dividend | K | T | Buy (add'l) | 03/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 87. | | | | | Sold (part) | 11/24/14 | J | A | |
| 88. Ishares MSCI Eafe Index Fund | A | Dividend | J | T | | | | | |
| 89. Ishares MSCI Mexico Capped Investable Market Fund | A | Dividend | K | T | | | | | |
| 90. Ishares MSCI Japan | A | Dividend | | | Buy (add'l) | 03/06/14 | K | | |
| 91. | | | | | Sold | 05/06/14 | K | A | |
| 92. Ishares MSCI South Korea Capped Index Fund | A | Dividend | J | T | | | | | |
| 93. Ishares MSCI United Kingdom Index Fund | B | Dividend | K | T | Sold (part) | 11/24/14 | J | A | |
| 94. Ishares S&P North America Tech. Networking Index | A | Dividend | J | T | | | | | |
| 95. Powershares DB Commodity Index Tracking Fund | A | Dividend | J | T | Sold (part) | 03/06/14 | J | A | |
| 96. | | | | | Sold (part) | 09/04/14 | J | A | |
| 97. Powershares DB Energy Fund | A | Dividend | J | T | Buy | 06/04/14 | J | | |
| 98. | | | | | Sold (part) | 09/04/14 | J | A | |
| 99. Powershares DB Base Metals Fund | A | Dividend | | | Buy | 03/06/14 | J | | |
| 100. | | | | | Sold | 06/04/14 | J | A | |
| 101. Select Sector SPDR Consumer Staples | A | Dividend | J | T | Sold (part) | 11/24/14 | J | A | |
| 102. Select Sector SPDR Fd. Materials | A | Dividend | J | T | Sold (part) | 11/24/14 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Select Sector SPDR Fd Health Care | A | Dividend | K | T | Sold (part) | 11/24/14 | J | A | |
| 104. Select Sector SPDR Fd Consumer Discretionary | A | Dividend | K | T | Sold (part) | 11/24/14 | J | A | |
| 105. SPDR Euro StoXX 50 | B | Dividend | K | T | Buy (add'l) | 05/06/14 | K | | |
| 106. | | | | | Sold (part) | 09/04/14 | J | A | |
| 107. | | | | | Sold (part) | 11/24/14 | J | A | |
| 108. SPDR S&P Bank | A | Dividend | J | T | | | | | |
| 109. SPDR S&P Retail | A | Dividend | J | T | Sold (part) | 03/06/14 | J | A | |
| 110. | | | | | Sold (part) | 11/24/14 | J | A | |
| 111. Vanguard Telecommunications Svc | A | Dividend | J | T | | | | | |
| 112. Vanguard Info. Technology | A | Dividend | L | T | Buy (add'l) | 03/06/14 | J | | |
| 113. | | | | | Sold (part) | 05/06/14 | J | A | |
| 114. | | | | | Sold (part) | 11/24/14 | J | B | |
| 115. Vanguard International Equity Index Funds Emerging Markets | A | Dividend | K | T | | | | | |
| 116. Vanguard Developed markets | A | Dividend | K | T | Sold (part) | 03/06/14 | K | C | |
| 117. | | | | | Sold (part) | 11/24/14 | J | A | |
| 118. Vanguard REIT | A | Dividend | J | T | Sold (part) | 03/06/14 | J | A | |
| 119. Egshares Emerging Markets Consumer | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Wells Fargo cash | A | Interest | K | T | | | | | |
| 121.  Wells Fargo Joint Account (H) | | | | | | | | | |
| 122.  Energy Select Sector SPDR | A | Dividend | J | T | Sold (part) | 05/06/14 | J | A | |
| 123.  Egshares Emergy Markets | A | Dividend | J | T | | | | | |
| 124.  Financial Select Sector SPDR | A | Dividend | K | T | | | | | |
| 125.  Industrial Select Sector SPDR | A | Dividend | K | T | | | | | |
| 126.  Ishares Core S& P Midcap | B | Dividend | M | T | Buy (add'l) | 09/04/14 | J | | |
| 127.  Ishares Core S&P Smallcap | B | Dividend | M | T | Buy (add'l) | 05/06/14 | J | | |
| 128.  Ishares MSCI Germany | A | Dividend | K | T | Buy | 05/06/14 | K | | |
| 129.  Ishares MSCI Japan | A | Dividend | | | Buy (add'l) | 05/06/14 | J | | |
| 130. | | | | | Sold | 05/06/14 | K | A | |
| 131.  Ishares MSCI Malaysia Index Fund | A | Dividend | J | T | | | | | |
| 132.  Ishares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 133.  Ishares MSCI Mexico Capped | A | Dividend | J | T | | | | | |
| 134.  Ishares MSCI S. Korea Capped Index | A | Dividend | J | T | | | | | |
| 135.  Ishares MSCI United Kingdom Index Fund | B | Dividend | J | T | | | | | |
| 136.  Ishares S&P N. Am. Tech. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Powershares DB Commodity Index Tracking | A | Dividend | J | T | Sold (part) | 03/06/14 | J | A | |
| 138. | | | | | Sold (part) | 09/04/14 | J | A | |
| 139. Powershares DB Enrgy Et Fund | A | Dividend | J | T | Buy | 06/04/14 | J | | |
| 140. | | | | | Sold (part) | 09/04/14 | J | A | |
| 141. Powershares DB Base Metal Fd | A | Dividend | | | Buy | 03/06/14 | J | | |
| 142. | | | | | Sold | 06/04/14 | J | A | |
| 143. Select Sector SPDR TR Consumer Staples | A | Dividend | J | T | | | | | |
| 144. Select Sector SPD Fd Materials | A | Dividend | J | T | | | | | |
| 145. Select Sector SPDR Fd Health Care | A | Dividend | K | T | | | | | |
| 146. Select Sector SPDR Fd Consumer Discretionary | A | Dividend | K | T | | | | | |
| 147. SPDR Euro StoXX 50 | B | Dividend | K | T | Buy | 05/06/14 | K | | |
| 148. SPDR S&P Bank | A | Dividend | J | T | | | | | |
| 149. SPDR S&P Retail | A | Dividend | J | T | | | | | |
| 150. Vanguard Telecommunication Services | A | Dividend | J | T | | | | | |
| 151. Vanguard Information Technology | A | Dividend | K | T | | | | | |
| 152. Vanguard International Equity Index Fd Emerging | A | Dividend | J | T | | | | | |
| 153. Vanguard Developed Markets | A | Dividend | K | T | Sold (part) | 03/06/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Vanguard REIT | A | Dividend | J | T | | | | | |
| 155.  Wells Fargo Money Market | A | Dividend | K | T | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Harry | 07/23/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544